THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* TYRONE KILGORE *et al.*, Defendants-Appellants.

(No. 57755;

First District (5th Division)—December 21, 1973.

PER CURIAM.
ENGLISH, J., took no part.

James J. Doherty, Public Defender, of Chicago (Thaddeus L. Kowalski, Assistant Public Defender, of counsel), for appellants.

Bernard Carey, State's Attorney, of Chicago (Kenneth L. Gillis and Linda West Conley, Assistant State's Attorneys, of counsel), for the People.